**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SHANNON BLAGMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00401-LMM |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| v | | |

## NOTICE OF SETTLEMENT

Plaintiff, SHANNON BLAGMON, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

July 25, 2016          By: /s/ Shireen Hormozdi_____
                            Shireen Hormozdi
                            SBN: 366987
                            Hormozdi Law Firm, LLC
                            1770 Indian Trail Lilburn Road, Suite 175
                            Norcross, GA 30093
                            Tel: 678-395-7795
                            Fax: 866-929-2434
                            shireen@agrusslawfirm.com
                            shireen@norcrosslawfirm.com
                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  On July 25, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Michael Alltmont, at malltmont@sessions.legal.