**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SHANNON BLAGMON,           )  <br>                              )  <br>      Plaintiff,             )  <br>                              )  <br>      v.                      )   No. 1:16-cv-00401-LMM  <br>                              )  <br> DIVERSIFIED CONSULTANTS, INC. )  <br>                              )  <br>      Defendant.              ) | |

## STIPULATION TO DISMISS

Plaintiff, SHANNON BLAGMON, and Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: August 19, 2016

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi
SBN: 366987
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434

By: /s/ Wendi E. Fassbender, Esq.
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman & Nathan, & Israel, LLC
14 Coopers Glen Dr. SW
Marbleton, GA 30126
Telephone: 678-209-7492
Fax: 877-480-5639
wfassbender@sessions.legal
Attorney for Defendant

## CERTIFICATE OF SERVICE

On August 19, 2016, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system which will provide notice to all parties of record.

By: /s/ Shireen Hormozdi
Shireen Hormozdi